IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| CLIFTON J. KILLINGSWORTH, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:15-cv-00647-SWW |
| | * | |
| | * | |
| UNION PACIFIC RAILROAD | * | |
| COMPANY, | * | |
| | * | |
| Defendant. | * | |

## JUDGMENT

Consistent with the Opinion and Order that was entered on this day, it is

Considered, Ordered, and Adjudged that this action is hereby dismissed.

IT IS SO ORDERED this 4th day of October 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE